PAUL T. FRIEDMAN (CA SBN 98381)
PFriedman@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
RBorenstein@mofo.com
REBEKAH KAUFMAN (CA SBN 213222)
RKaufman@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Facsimile: 415.268.7522

GREGORY B. KOLTUN (CA SBN 130454)
GKoltun@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California  90013
Telephone: 213.892.5551
Facsimile: 213.892.5454

Attorneys for Defendants
UNITED PARCEL SERVICE, INC.,
UNITED PARCEL SERVICE GENERAL
SERVICES CO. AND UNITED PARCEL SERVICE CO.

J S -6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  UNITED PARCEL SERVICE "AIR-IN-GROUND" MARKETING AND SALES PRACTICES LITIGATION, | MDL NO. 2153<br><br>Case No.  10-CV-09520-GW (PJWx) |
| **This Document Relates to:**<br><br>JAMIE LEWIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., et al.,<br><br>Defendant. | **UPS'S ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE AND WITHOUT CONDITIONS PURSUANT TO FED. R. CIV. P. 41(A)(2)**<br><br>Date:     Sept. 6, 2012<br>Time:    8:30 a.m.<br>Place:   Hon. George H. Wu Courtroom |

After consideration of Plaintiff's Request for Dismissal Pursuant to Fed. R. Civ. P. 41(A)(2), UPS's Conditional Opposition, Plaintiff's Reply Memorandum, and Plaintiff's and UPS's supplemental filings, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Court GRANTS Plaintiff's Request for Dismissal with prejudice as to Plaintiff's individual claims, and without prejudice as to the potential claims of any absent putative class members, and without conditions. The Court makes no ruling on whether the filing of this action tolled any statutes of limitations for absent putative class members who have not appeared in this action and who are not before the Court.

2. Each party shall bear its own costs and attorneys' fees.

The Clerk is directed to enter judgment on the terms set forth above. This case is now closed.

**IT IS SO ORDERED.**

Dated: August 30, 2012       _____
                             THE HON. GEORGE H. WU
                             UNITED STATES DISTRICT JUDGE